BK1007256
BMF

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE:

Marie E. Cassidy

                Debtor

Case No. 10-33621

Chapter 7
Judge Stosberg

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF WELLS FARGO BANK, N.A. (PROPERTY ADDRESS: 11 ORCHARD COURT ROYERSFORD, PA 19468)**

This matter is before the Court upon the Motion for Relief from the Automatic Stay and for Abandonment of Property filed herein by the secured creditor, Wells Fargo Bank, N.A., and it appearing to the Court that the debtor, debtor counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and it further appearing that Movant's Motion is well taken; accordingly

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code

1

shall be, and hereby is terminated in all respects as against the said Movant, its successors and assigns, and that the Trustee's interest in the subject real property is abandoned.

David T. Stosberg
United States Bankruptcy Judge

Dated: August 16, 2010

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
Jeremy M. Rettig, Attorney
Bar Registration No. 89342
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
wkybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Order Granting Motion for Relief from the Automatic Stay and for Abandonment of Property of the secured creditor, Wells Fargo Bank, N.A., was electronically transmitted on July 29, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Hon. Julie Ann O'Bryan
Suite 17
1717 Alliant Ave.
Louisville, KY 40299
mail@obryanlawoffices.com

Gordon A. Rowe, Trustee
The Starks Building, 455 South 4th Avenue
Suite 1430
Louisville, KY 40202
gartrustee@bellsouth.net

Office of the U.S. Trustee
601 West Broadway, Ste. 512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Order Granting Motion for Relief from the Automatic Stay and for Abandonment of Property of the secured creditor, Wells Fargo Bank, N.A., was transmitted on July 29, 2010 via regular U.S. mail, postage pre-paid:

Marie E. Cassidy
9318 Pine Lake Dr., Unit #102
Louisville, KY 40220

Diamond Federal Credit Union
1600 Medical Dr.
Pottstown, PA 19464

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
wkybk@lsrlaw.com